COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON


**ORDER ON MOTION**

Cause number:     01-13-00066-CV

Style:     Aleta Chapman v. Thinh Quoc Pham

Date motion filed*:     December 30, 2016

Type of motion:     Motion for Extension of Time to File Record, Appellant's Brief and Motion for Reconsideration

Party filing motion:     Appellant's Counsel Michelle Barber Chimene

Document to be filed:     Appellant's Motion for Rehearing

If motion to extend time:

     Original due date:     December 30, 2016

     Number of extensions granted:     0     Current Due Date: December 30, 2016

     Date Requested:     January 19, 2017 (20 days from original deadline)

Ordered that motions are:

     ☑ Granted

          If document is to be filed, document due: January 30, 2017.

          ☑     No further extensions of time will be granted absent extraordinary circumstances.

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☑ Other: _____

Because this Court's memorandum opinion and judgment were issued on December 15, 2016, any rehearing motion was due by December 30, 2016, and any extension request was due by January 17, 2017. *See* TEX. R. APP. P. 4.1(a), 49.1, 49.8. Accordingly, because appellant's alternative request for an extension of time to file a rehearing motion was timely filed, and counsel seeks time to examine the clerk's record because she was hired after December 15, 2016, this extension is **granted until January 30, 2017**, but **no further extensions will be granted absent extraordinary circumstances**. *See id.* 10.5(b)(1)(C). Because the clerk's record was filed here on February 5, 2013, counsel is directed to contact the Clerk of this Court for access.

Judge's signature: /s/ Laura C. Higley
          ☐ Acting individually     ☐ Acting for the Court

Date: January 10, 2017

November 7, 2008 Revision